IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00498-WYD-MEH

JANE L. GURIEL,

    Plaintiff(s),

v.

DISCOVER BANK;
DISCOVER FINANCIAL SERVICES;
CHUCK BRADLEY;
CHARLES JONES;
SAWAYA & ROSE, P.C.;
RICHARD B. ROSE, ESQUIRE;
JOHN DOE;
JANE DOE;
ONE UP,

    Defendant(s).

## ORDER

The Plaintiff, Jane L. Guriel, and Defendants Sawaya & Rose, P.C., Richard Rose, Esq., Discover Bank, Discover Financial Services, Chuck Bradley and Charles J. Jones, have filed a Stipulation of Dismissal without Prejudice pursuant to FED. R. CIV. P. 41(a) [# 34].

After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants Sawaya & Rose, P.C., Richard Rose, Esq., Discover Bank, Discover Financial Services, Chuck Bradley and Charles J. Jones, should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation of Dismissal is **APPROVED**; and that Plaintiff's claims against Defendants Sawaya & Rose, P.C., Richard Rose, Esq., Discover Bank, Discover Financial Services, Chuck Bradley and Charles J. Jones are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  October 30, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge